UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 8, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                              )<br>            Plaintiff,                     )<br>v.                                            )<br>                                              )<br>JUN MOU PENG,                      )<br>                                              )<br>            Defendant.               ) | Case No. 2:13-mj-00029-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JUN MOU PENG, Case No. 2:13-mj-00029-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $50,000.00

        __X__    Co-Signed Unsecured Appearance Bond

        ____    Secured Appearance Bond

        __X__    (Other) Conditions as stated on the record.

        ____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/8/2013 at 2:31 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge